UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CAROLINA FIRST BANK,**

    Plaintiff,

vs.                                    Case No.: 5:09cv195/RS/EMT

**DELTA GOLF, INC. f/k/a
DELTA ROMEO, INC.,
DAVID R. ROBINSON, and
DOUGLAS GILLILAND,**

    Defendants.

## FINAL JUDGMENT

The relief requested in Plaintiff's Motion for Entry of Final Judgment (Doc. 70) is **GRANTED**. In order to provide clarity and certainty for any subsequent purchaser or transferee of the subject property in this matter, final judgment is entered in favor of Plaintiff Carolina First Bank and against Defendants in accordance with the Court's previous orders and default judgments (Docs. 61, 66 and 69), as follows:

As to the 1979 Cessna Citation Model 550 jet aircraft, bearing manufacturer's serial number 550-0074 and United States FAA Registration No. N174DR (the "Aircraft"), and two (2) Pratt and Whitney Model JT15D-4 engines

(the "Engines"), bearing manufacturer's serial numbers PCE70250 and PCE70272, respectively, the following liens and claims are fully, finally, and forever barred, foreclosed, and extinguished as to any of the lienors or claimants' right, title, and interests in the Aircraft and the Engines that have been or might be asserted under such liens or claims:

    i.    Claimant:    Kropp Holdings, Inc.
          Document:    Claim of Lien
          Dated:    6/15/2006
          Date Recorded w/ FAA:    [illegible]
          Amount:    $3,913.88
          FAA Doc. #:    CC021625

    ii.    Claimant:    SheltAir Aviation Services, PFN
          Document:    Claim of Lien
          Dated:    10/28/08
          Date Recorded w/FAA.:    11/14/2008
          Amount:    $16,492.81
          FAA Doc. #:    AM001733

    iii.    Claimant:    Odenbrett Pilot Services
          Document:    Mechanic's or Materialman's Lien Statement
          Dated:    6/16/09
          Date Recorded w/FAA:    7/6/2009
          Amount:    $2,324.00
          FAA Doc. #:    NW002335

    iv.    Claimant:    Brandis Aircraft
          Document:    Claim of Lien
          Dated:    Unknown (date of last services was October 3, 2004)
          Date Recorded w/FAA:    Not recorded (rejected as untimely)
          Amount:    Unknown
          FAA Doc. #:    Not applicable (rejected by FAA).

*Note:*  Claim of Lien filed with FAA on February 24, 2004, and re-filed on June 6, 2004, as microfilm numbers 1825 and 2331, respectively; FAA refused to record these documents.

v. Claimant: Christopher J. Pape
Document: Mechanic's or Materialman's Lien Statement
Dated: 7/21/2009
Date Recorded w/ FAA: 8/11/2009
Amount: $1,380.00
FAA Doc. #: MO00341

**ORDERED** on June 28, 2012.

> **/s/ Richard Smoak**
> **RICHARD SMOAK**
> **UNITED STATES DISTRICT JUDGE**